SAMUEL KROHNBERG and Another, Individually and as Copartners, etc., Appellants, v. BENJO DRESS CO., INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ARNOLD ROTHSTEIN, Respondent, v. BRUNSWICK-BALKE-COLLENDER COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SILVESTRO TACCETTA, Respondent, v. JOSEPH FEINER, Appellant, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and matter remitted to the Special Term with leave to respondent to put in affidavits excusing his failure to add the case to the calendar. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LEO I. MEINHARD and Another, as Sole Surviving Executors and Trustees, etc., of ISAAC MEINHARD, Deceased, and Others, Plaintiffs, v. GALBERT MANAGEMENT CO., INC., and Others, Defendants. MENDEL PRESBERGER, Appellant; WILLIAM F. McGUINNESS, Respondent.— Order modified by reducing the receiver's fees to the sum of $643.34; and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LIZZIE COHEN, Plaintiff, v. 1165 FULTON AVENUE CORPORATION, Defendant. CHARLES TISCH, INC., Appellant; EDWARD J. WALSH, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE TRAVELERS INSURANCE COMPANY, Appellant, v. EDWARD A. THOMPSON, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BESSIE JOSEPHSON, Respondent, v. JACOB BACK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HARRISON H. BOYCE and Another, Respondents, v. THE MOTOMETER COMPANY, INC., and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JAMES H. R. CROMWELL, Respondent, v. 502 PARK AVENUE CORPORATION and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to file the bond as provided by the order appealed from within five days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.